UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 16-497 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| ROBERT LAWRENCE VEDEROFF, | ) |
| | ) |
| Defendant. | ) |

<u>Offense charged</u>:     Felon in Possession of a Firearm; Felon in Possession of Ammunition

<u>Date of Detention Hearing</u>:   November 30, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant was not interviewed by Pretrial Services, so much of his background

DETENTION ORDER
PAGE -1

information is unknown or unverified. His criminal record includes bench warrant activity for failure to appear, together with violation of the conditions of release in seven violation proceedings. His record includes crimes of violence, including Murder in the 2nd Degree. Defendant is currently in violation of the conditions of supervision in state court and a state Department of Corrections detainer was lifted in order to transfer defendant to federal custody.

    2.    Defendant does not contest entry of an order of detention.

    3.    Defendant poses a risk of nonappearance based on lack of background information, a history of noncompliance on supervision, a history of failing to report, and his status of being in violation with the Department of Corrections. Defendant poses a risk of danger due to criminal history, history of noncompliance, and a history of committing new offenses while on supervision.

    4.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 30th day of November, 2016.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3